IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHONNA WEAVER,

    Plaintiff,

v.

EDUARD WEBER, WEBER ENTERPRISES, INC.,

    Defendants.

Civ. No. 6:21-cv-01050-AA

JUDGMENT

This action is DISMISSED with prejudice and without an award of attorney fees and costs or costs and disbursements to any party.

DATED: 5/26/2022

                              Melissa Aubin, Clerk

                              By    /s/ C. Kramer
                                        Deputy Clerk